# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| DAVID HADLEY | ) | 1:18-mj-0509 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 8, 2018__ in the county of __Bartholomew__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher R. Wright, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/24/2018

_____
*Judge's signature*

City and state: Indianapolis, Indiana     Mark J. Dinsmore, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF
APPLICATION FOR CRIMINAL COMPLAINT**

1. I, Christopher R. Wright, am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since January of 2015. I have had extensive training at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I am currently assigned to the ATF Indianapolis field office in Group Three (3). My primary responsibility is investigating violations of federal firearms laws. Prior to becoming an ATF SA, I was employed for two and half (2.5) years as a United States Border Patrol Agent in southern California. Prior to being employed by the United States Border Patrol, I served as a police officer with the Highland Police Department in Lake County, Indiana, and the Indiana University Police Department for approximately seven (7) years. I graduated from Indiana University and received a bachelor's degree in criminal justice with a minor in psychology. I served more than four (4) years in the United States Marine Corps as a machine gunner and a member of a Maritime Special Purpose Force.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement personnel. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. This Affidavit is submitted in support of a criminal complaint charging David HADLEY ("HADLEY"), DOB XX/XX/1983, with possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

4. <u>Alleged Overdose & Recovery of Firearm</u>. On May 8, 2018, Bartholomew County Sherriff's Office (BSCO) Deputy Brent Worman, responded to the area of 1705 W 550

South, Columbus, Indiana, in reference to a possible overdose. Dispatch advised that the overdose subject had overdosed with a syringe in his hand. Upon arrival, Deputy Worman observed a subject later identified as David HADLEY sitting in the driver's seat. (HADLEY was identified via an Indiana ID card and a past arrest.) No one else was in the vehicle. Deputy Worman also observed a syringe lying on top of the vehicle. The vehicle was stopped in the roadway in the oncoming traffic lane.

5. While Emergency Medical Services (EMS) was providing medical attention to HADLEY, Deputy Worman observed HADLEY lifting the right side of his shirt, displaying a small silver firearm tucked into his (HADLEY's) waistband. Deputy Worman immediately took possession of the firearm (later determined to be loaded with five rounds of ammunition in the magazine).

6. The firearm retrieved from HADLEY's waistband was a Walther, model PPK, .380 caliber pistol, bearing serial number 3493BAW.

7. At this time, dispatch advised that the vehicle in which HADLEY was found had been reported stolen from Beck Toyota located in Indianapolis, Indiana.

8. Deputy Worman advised HADLEY of his Miranda rights, and HADLEY agreed to speak with the Deputy. HADLEY stated that he had used heroin, but that he did not know how much he had taken. HADLEY further advised there was heroin inside the center console of the vehicle. Due to HADLEY's condition, EMS transported HADLEY to Columbus Regional Hospital.

9. During an inventory search of the vehicle, Deputy Worman located another syringe in the center console, a cigarillo package with a small baggy green leafy substance

inside, a small foil wrapper with a white powdery substance, and a bent spoon. Officers also located a camo green military body-armor vest in the back seat of the vehicle.

10. <u>Examination of Firearm</u>. On or about May 18, 2018, I examined the above-described Walther pistol. I determined that the firearm function as designed and thus is capable of expelling a projectile by the action of an explosive.

11. I contacted an ATF Interstate Nexus Expert regarding the above-described Walther pistol. Based on the descriptions of this firearm, the expert determined that the firearm as defined in 18 U.S.C. § 921 and that the firearm was manufactured outside of the State of Indiana.

12. <u>Prior Convictions</u>. As part of my investigation, I reviewed HADLEY's criminal history. I learned that he has been previously convicted of crimes punishable by more than one year imprisonment, i.e., Auto Theft, in the Bartholomew County, IN, Superior Court, on or about March 2, 2005; Operating a Vehicle While Intoxicated, in the Bartholomew County, IN, Superior Court, on or about July 5, 2006; and, Battery by Means of a Deadly Weapon, in the Johnson County, IN, Superior Court, on or about January 10, 2007.

13. All of the above-described events occurred in the Southern District of Indiana.

3

## Conclusion

14.     Based on the facts set forth in this affidavit, I respectfully submit that probable cause exists to believe that on or about May 8, 2018, in the Southern District of Indiana, David HADLEY, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, said firearm having been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

_____
Christopher R. Wright, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to and subscribed to before me this 24th day of May, 2018.

_____
The Honorable Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

4