UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED

JUL 03 2018

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. |
| | ) | |
| DAVID HADLEY, | ) | |
| | ) | |
| Defendant. | ) | 1:18-cr- 206 SEB -TAB |

**INDICTMENT**

COUNT 1
[ Felon in Possession of Firearm – 18 U.S.C. § 922(g)(1) ]

The Grand Jury charges that:

On or about May 8, 2018, in the Southern District of Indiana, Indianapolis Division, the

Defendant, DAVID HADLEY, having been previously convicted of a crime punishable by

imprisonment for a term exceeding one year,

To wit: Aiding in Battery by Means of a Deadly Weapon, in Johnson County,

Indiana, Superior Court, on or about March 17, 2010; Battery by Means of a

Deadly Weapon, in Johnson County, Indiana, Superior Court, on or about January

10, 2007; Operating a Vehicle While Intoxicated, in Bartholomew County,

Indiana, Superior Court, on or about July 5, 2006; and, Auto Theft, in

Bartholomew County, Indiana, Superior Court, on or about March 2, 2005,

did knowingly possess a firearm, to wit: a Walter, Model PPK, .380 caliber pistol, serial number

3493BAW, said firearm having been shipped and transported in interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT 2</u>
[ Violent Felon in Possession of Body Armor – 18 U.S.C. § 931 ]

The Grand Jury further charges that:

On or about May 8, 2018, in the Southern District of Indiana, Indianapolis Division, the

Defendant, DAVID HADLEY, having been previously convicted of a crime of violence (as

defined in Title 18, United States Code, Section 16),

To wit: Aiding in Battery by Means of a Deadly Weapon, in Johnson County,

Indiana, Superior Court, on or about March 17, 2010; and, Battery by Means of a

Deadly Weapon, in Johnson County, Indiana, Superior Court, on or about January

10, 2007;

did knowingly purchase, own, and possess body armor, to wit: a digital green, Point Blank,

Model Interceptor, body armor vest,

All in violation of Title 18, United States Code, Section 931.

<u>FORFEITURE ALLEGATION</u>

1.      The allegations in Count One of this Indictment are re-alleged as if fully set forth

herein, for the purpose of giving the defendant notice of the United States' intent to seek

forfeiture pursuant to Title 18, United States Code, Section 924, and Title 28, United States

Code, Section 2461.

2.      If convicted of the offense set forth in Count One of this Indictment, DAVID

HADLEY shall also forfeit to the United States, pursuant to Title 18, United States Code,

Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition

involved in or used in the offense of which he is convicted.

A TRUE BILL:

███████████████████

FOREPERSON

JOSH J. MINKLER
United States Attorney


By:  _____

M. Kendra Klump
Assistant United States Attorney

3