UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUL 03 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. |
| ) | |
| DAVID HADLEY, ) | 1:18-cr- 206 SEB -TAB |
| ) | |
| Defendant. ) | |

### PENALTY SHEET

You have been charged in an Indictment with violations of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release | Other Conditions |
|---|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) (Felon in Possession of Firearm) | NMT 10 years | $250,000 | NMT 3 years | |
| 2 | 18 U.S.C. § 931 (Violent Felon in Possession of Body Armor) | NMT 3 years | $250,000 | NMT 1 year | |

Dated: _____    _____
David Hadley
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana