UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:18-cr-00206-SEB-TAB-1 |
| ) | |
| DAVID HADLEY, ) | |
| ) | |
| Defendant. ) | |

**SUBMISSION OF CASE IN SUPPORT OF DAVID HADLEY'S OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT'S ASSESSMENT OF A FOUR OFFENSE LEVEL ENHANCEMENT**

Comes now Loren M. Collins, counsel for David Hadley, and hereby submits the attached case, *United States v. Briggs*, No. 1:17-cr-00139-TWP-TAB-1, 2019 U.S. App. LEXIS 9131 (7th Cir. March 27, 2019)(slip opinion). Counsel believes that this case may be relevant to the Court's determination of whether the §2K2.1(b)(6)(B) enhancement should apply here.

*Briggs* was decided after the final PSR was filed. The initial presentence investigation report (PSR) was filed on Feb. 12, 2019. [Dkt. 29]. The PSR applied the 4 offense level increase for the application of specific offense characteristic §2K2.1(b)(6)(B). The defendant objected to the enhancement, citing relevant case law. The final PSR was filed on March 18, 2019. [Dkt. 33]. The defendant's objection, as well as the U.S. Probation Officer's reasoning for the enhancement are included in the addendum to the final PSR. [Dkt. 33].

On March 27, 2019, the Seventh Circuit Court of Appeals decided *United States v. Briggs*. There, the court of appeals vacated and remanded a sentence related to a

district court's determination that the 4 level §2K2.1(b)(6)(B) guideline enhancement should apply.  *United States v. Briggs*, No. 1:17-cr-00139-TWP-TAB-1, 2019 U.S. App. LEXIS 9131 (7th Cir. March 27, 2019)(slip opinion).  Counsel submits the case in support of his objection to the enhancement.

        Respectfully submitted,

        <u>Loren M. Collins</u>
        Loren M. Collins
        Indiana Federal Community Defenders, Inc.
        111 Monument Circle, Suite 3200
        Indianapolis, IN 46204
        317-383-3520

## **CERTIFICATE OF SERVICE**

    I certify that on April 16, 2019 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        <u>Loren M. Collins</u>
        Loren M. Collins