UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cr-00206-SEB-TAB |
| | ) | |
| DAVID HADLEY, | ) -01 | |
| | ) | |
| Defendant. | ) | |

The Honorable Sarah Evans Barker, Judge
Entry for April 23, 2019

On this date, Defendant appeared in person, together with appointed counsel Loren Collins, and the Government appeared by AUSA M. Kendra Klump, for a change of plea and sentencing hearing. Kristine Talley appeared on behalf of the United States Probation Office. The hearing was reported by Court Reporter, Laura Howie-Walters.

- The Defendant was advised of his rights and the possible penalties.

- The Court accepted the parties' Stipulated Factual Basis as an adequate basis for the plea.

- Defendant pleaded guilty to Counts 1 and 2 of the Indictment.

- The Court accepted Defendant's guilty plea and Defendant was adjudged guilty of Counts 1 and 2 of the Indictment.

- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- Sentence was imposed as stated on the record.

- The Defendant was advised of his right to appeal.

- Defendant is remanded to the custody of the United States Marshal Service.

- The Judgment is forthcoming.

- The proceedings were adjourned.

Distribution:

Loren Collins
INDIANA FEDERAL COMMUNITY DEFENDERS
loren.collins@fd.org

M. Kendra Klump
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kendra.klump@usdoj.gov